# Billion Law

1073 S. Governors Ave.
Dover, DE 19904
Tel: 302.428.9400
Fax: 302.450.4040

*3 August 2020*

VIA CM/ECF

Chief Magistrate Judge Mary Pat Thynge;
   United States District Court;
      844 North King Street, Unit 18;
         Wilmington, DE 19801-3570.

**Re: Tessa Knox v. Lion/Hendrix Cayman Limited, 20-cv-937-CFC**

Dear Magistrate Judge Thynge:

    We are the attorneys for the plaintiff-appellants in the above matter. We are writing with the consent of counsel for the defendant-appellee in response to the order of July 16, 2020.

    The parties have not yet engaged in formal mediation but informally have attempted to resolve the dispute. The parties agree that mediation at this time would not prove productive because the parties are simply too far apart in their assessment of the merits of the appeal.

    The parties therefore propose the following schedule for the submission of briefs.

| | |
|---|---|
| Appellant's Brief and Appendix | August 28, 2020 |
| Appellee's Brief | September 18, 2020 |
| Appellant's Reply brief | October 2, 2020 |

Sincerely,

Mark M. Billion

Cc:
Derek C. Abbott (via CM/ECF)
Andrew R. Workman (via CM/ECF)
Matthew Talmo (via CM/ECF)
Pauline K. Morgan (via CM/ECF)
Sean T. Greecher (via CM/ECF)
William Dunnegan (via email)