IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| JOHN VARVATOS ENTERPRISES ) | Bk. No. 10-11043(MFW) |
| INC., et al., ) | BAP No. 20-18 |
| ) | |
| Debtors. ) | |
| ) | |
| TESSA KNOX, Individually and as ) | |
| Certified Representative of the Class ) | |
| of Judgment Creditors, ) | |
| ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 20-937-CFC |
| ) | |
| LION/HENDRIX CAYMAN ) | |
| LIMITED, et al., ) | |
| ) | |
| Appellees. ) | |

## ORDER

At Wilmington this 25th day of August, 2020, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **September 25, 2020.**

2. Appellees' brief in opposition to the appeal is due on or before **October 26, 2020.**

3. Appellant's reply brief is due on or before **November 9, 2020.**

                                                                    _____
                                                                    United States District Judge